IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:19mj268 |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| SAUL GONZALEZ ANDRADE | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint in the above-numbered case and all subsequently filed documents be sealed;

AND IT APPEARING to the Court that the sealing of such documents would serve the interests of justice;

NOW, THEREFORE, IT IS ORDERED that immediately upon the filing of the Criminal Complaint in the above-numbered cause, the Criminal Complaint, the Motion to Seal, this Order, and all subsequently filed documents be sealed pending a further order from this Court.

SO ORDERED this the 7 day of August, 2019.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE